No. 04A811. COMMITTEE ON GOVERNMENT REFORM OF THE HOUSE OF REPRESENTATIVES v. SCHIAVO ET AL. Sup. Ct. Fla. Application for injunctive relief, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

No. 04–5928. MEDELLIN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. [Certiorari granted, 543 U. S. 1032.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted to be divided as follows: 30 minutes for petitioner; 20 minutes for respondent; and 10 minutes for the United States.

MARCH 21, 2005

No. 03–8987. MENTEER v. UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Shepard* v. *United States, ante,* p. 13.

No. 04–1064. FISH v. UNITED STATES. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).